

RECEIVED

FEB 0 4 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 09-cr-00202-1 |
| VERSUS | JUDGE WALTER |
| MIRANDA SIERRA | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant's Motion to Suppress (Docs. 63 and 70) is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____4th____ day of ___Feb.___, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE